IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANGEL ORTIZ, et al. | : | |
| :--- | :--- | :--- |
| Plaintiffs | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 06-CV-4275 |
| COUNTY OF PHILADELPHIA | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 12th day of March, 2010, it is hereby ORDERED that Defendant's Motion to Dismiss (Doc. No. 11) is GRANTED. Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.